IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BELINDA E. CUNNINGHAM**                          **PLAINTIFF**

v.                          **CAUSE NO. 1:15CV379-LG-MTP**

**CAROLYN W. COLVIN,**
**Commissioner of**
**Social Security**                          **DEFENDANT**

## FINAL JUDGMENT

This matter having come on to be heard on the [15] Report and Recommendation of United States Magistrate Judge Michael T. Parker, the Court finds that in accordance with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the [15] Report and Recommendation entered by Judge Parker is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's [12] Motion for Summary Judgment is **DENIED**, and that this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE